THE PEOPLE OF THE STATE OF NEW YORK ex rel. BRIDGEPORT SAVINGS BANK, Appellant, *v.* THOMAS L. FEITNER et al., as Commissioners of Taxes and Assessments of the City of New York, Respondents.

(Argued May 18, 1908; decided May 26, 1908.)

Motion to amend remittitur denied, with ten dollars costs. (See 191 N. Y. 88.)

---

In the Matter of DETHLEF C. HANSEN, Appellant.

THE ASSOCIATION OF THE BAR OF THE CITY OF NEW YORK, Respondent.

(Submitted May 18, 1908; decided May 26, 1908.)

Motion for re-argument denied, with ten dollars costs. (See 192 N. Y. 538.)

---

GEORGE F. VAN SLYCK, as Receiver of J. F. SMITH AND COMPANY, Appellant, *v.* MARTIN C. WOODRUFF et al., Respondents, Impleaded with Others.

GEORGE F. VAN SLYCK, as Receiver of J. F. SMITH AND COMPANY, Appellant, *v.* WILLIAM R. WARNER, Individually and as Executor of WILLIAM R. WARNER, Deceased, and as Surviving Partner of the Firm of WILLIAM R. WARNER AND COMPANY, Respondent.

(Argued May 18, 1908; decided May 26, 1908.)

Motion to amend remittitur denied, with ten dollars costs. (See 192 N. Y. 547.)